THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DAVID ZEKE MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action** |
| | : | **No. 5:25-cv-14 (CAR)** |
| v. | : | |
| | : | |
| **ANTOINE CALDWELL, individually;** | : | |
| **LACHESA SMITH, individually; MARK** | : | |
| **AGBAOSI, individually; BRUCE SCOTT,** | : | |
| **individually; TEKETA JESTER, individually;** | : | |
| **JAMES DEWITT, individually; KAREEM** | : | |
| **FULLER, individually;** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON MOTION TO DISMISS

On January 10, 2025, Plaintiff David Zeke Morris filed his original Complaint asserting claims pursuant to 42 U.S.C. § 1983 for alleged violations of the Eighth and Fourteenth Amendments against Defendants Antoine Caldwell, Lachesa Smith, Mark Agbaosi, Bruce Scott, Teketa Jester, James Dewitt, and Kareem Fuller, in their individual capacities.[1] On March 14, 2025, Defendants filed their Motion to Dismiss pursuant to

---

[1] Complaint [Doc. 1].

1

Federal Rule of Civil Procedure 12(b)(6).[2] On April 4, 2025, Plaintiff filed his Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15.[3]

Defendants' Motion to Dismiss Plaintiff's Complaint has been rendered moot by the filing of the Amended Complaint. "It is well-established that an amended complaint supersedes an original complaint and renders the original complaint without legal effect."[4] Thus, Defendants' Motion to Dismiss [Doc. 9] is hereby **DENIED as MOOT**.

**SO ORDERED** this 18th day of April, 2025.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Motion to Dismiss [Doc. 9].
[3] Amended Complaint [Doc. 13].
[4] *Lamb v. Roundtree*, No. 119-030, 2020 WL 1493919, at *1 (S.D. Ga. March 12, 2020) (internal quotation marks and citation omitted, citing *Fritz v. Standard Sec Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir. 1982)).