**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**DAVID ZEKE MORRIS,** :
:
**Plaintiff,** :
:
**v.** : **Case No.: 5:25-CV-14 (CAR)**
:
**ANTOINE CALDWELL, individually, *et al.*,** :
:
**Defendants.** :
________________________________________ :

**ORDER**

Currently before the Court is the Parties' Joint Renewed Motion for Extension of Time to Complete Discovery and for Leave to Depose Incarcerated Witnesses [Doc. 39]. For good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** as follows:

1. The deadline to complete discovery is extended through and including January 4, 2027. Discovery during the extended period must be limited to completing the depositions of Defendants and of the incarcerated non-party witnesses identified through written discovery.
2. Dispositive and/or Daubert motions must be filed on or before February 3, 2027.
3. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), the Parties are granted leave to depose non-party witnesses confined in prison who were

identified through written discovery, subject to the reasonable security requirements of the facilities in which those witnesses are confined.

4. No further extensions of discovery will be granted absent extraordinary circumstances.

**SO ORDERED,** this 13th day of November, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT